United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/18/2023.

**Case Name:** Catherine Adkins v. Pilot Travel Centers, LLC, et al
**Case Number:** 23-5671

**Docket Text:**
ORDER filed: Upon consideration of appellant's motion to reinstate her case [7069228-2] and appellees' response in opposition, and it appearing that the defect has been cured, the motion is GRANTED.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Ms. Catherine A. Adkins
1781 Chandler Road
Louisville, TN 37777

**A copy of this notice will be issued to:**

Mr. Edward G. Phillips
Mr. James Snodgrass
Ms. LeAnna Wilson

Case No. 23-5671

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CATHERINE A. ADKINS

    Plaintiff - Appellant

v.

PILOT TRAVEL CENTERS, LLC, named as Pilot Flying J; JAMES A. HASLAM, III; WILLIAM MULLIGAN; PATRICK DEPTULA

    Defendants - Appellees

   Upon consideration of the appellant's motion to reinstate her case and appellees' response in opposition,

   And it appearing that the default which led to dismissal of the appeal has been cured,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                                 **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 18, 2023